UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HOLLAWAY                              :
                                      :    PRISONER
v.                                    :    NO. 3:02cv1774 (JBA)

COMMISSIONER JOHN ARMSTRONG, ET AL:


## ENDORSEMENT ORDER [DOC. #29]

Plaintiff's Motion to Dismiss the Complaint [doc. #29] is GRANTED. Pursuant the Fed. R. Civ. P. 41(a)(2),

This action is dismissed without prejudice as to all defendants. The Clerk is directed to close this case.

IT IS SO ORDERED.

/s/ Janet Bond Arterton
Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **October 23, 2003**