UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV -4 P 3: 32

US DISTRICT COURT
BRIDGEPORT CT

TROY HOLLOWAY

          v.

JOHN ARMSTRONG
JACK TOKARZ
LARRY MYERS
CHRISTINE WHIDDEN
TOM COATES

PRISONER
CIVIL NO. 3:02cv1774 (JBA)

## J U D G M E N T

This cause came on for consideration on the plaintiff's motion to dismiss the complaint before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motion and all of the papers submitted in connection with the motion. On October 23, 2003, the Court granted the motion and dismissed the complaint without prejudice as to all defendants pursuant to Rule 41(a)(2), Fed. R. Civ. P.

It is therefore **ORDERED** and **ADJUDGED** that this action is dismissed without prejudice and the case is closed.

Dated at Bridgeport, Connecticut this 4th day of November, 2003.

KEVIN F. ROWE, Clerk

By _____
    Cynthia Earle
    Deputy Clerk

Entered on Docket _____