Docket No: 3:02CV1774(JBA)   UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Troy Halloway #233838
( Plaintiff )

v.

John Armstrong, et al
( Defendant )

FILED

Date: 11/13/02   2003 NOV 18 P 4:31

US

## Motion for Abatement of Funds from Plaintiff's Inmate Account.

Pursuant to Fed. R. Civ. P. 7(b), (72(b), This Plaintiff in the above case in caption, moves this Honorable Court to cease all deduction of payment(s) for the above case in caption; as this plaintiff has terminated this action via motion to dismiss without prejudice.

### Statement:

(1.) I, Troy Halloway as the Plaintiff in the above civil action in caption above, has declined to further pursue any litigation in the matter above; this was stated via "Motion to dismiss without prejudice."

(2.) To continue deduction of payment(s) from the plaintiff's said Inmate Account, as the Plaintiff is incarcerated, would be wholly unjust - as further deduction of funds from the plaintiff's inmate account would serve no justified means regarding this plaintiff; and as such this plaintiff moves this court to discontinue payments by way of deduction from the plaintiff (Troy Halloway) Inmate Account.

(3.) It would be in the interest of fairness and justice between both plaintiff and the courts.



* Oral Argument Not Requested

Granted / Denied

Respectfully Submitted,

*[signature]* U.C.C. 1-207 "Without Prejudice"

Troy Halloway #233838
Corrigan C.I.
986 Norwich-New London Tpke.,
Uncasville, CT 06382

\* Affidavit Accompanied with this Motion.