Troy Halloway #233838
[PLAINTIFF]

v.

John Armstrong, et al
[DEFENDANT]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DATE: 11/13/03

FILED
2003 NOV 18 P 4: 31
US

## Affidavit in Support of Motion for Abatement of Funds from Plaintiff's Inmate Account.

I, Troy Halloway (#233838) being duly sworn and deposed state:

(1.) I am the affiant and plaintiff in the above case in caption, and I make this affidavit in support of this motion for discontinuation of deduction of funds.

(2.) This plaintiff have filed in the past with this court a motion for dismissal of this civil action without prejudice; yet, funds are continually being deducted from my account, despite my filing for dismissal of this pleading civil action without prejudice.

(3.) Further deduction of funds from this plaintiff's inmate account is considered by this plaintiff an infringement on the plaintiff's First and Fourteenth Amendment Rights under and afforded by the United States Constitution, that is furthermore in harmony with Article First Section Ten, Fourteen, and Twenty of the Connecticut Constitution.

(4.) It is wholly in the interest of justice, fairness, and integrity of the courts as well as to the plaintiff respectfully.

STATE OF CONNECTICUT, COUNTY OF New London , I, [signature] attest that the above stated information is true and correct under penalty of law, as stated by this affiant to the best of his ability.

_____         11/10/03
(NOTARY PUBLIC)                 (DATE)


(SEAL OF NOTARY)

## CERTIFICATION

I, Troy Halloway hereby Certify that a Copy of this pleading was mailed via U.S. Mail to Assistant Attorney General

STEVEN R. STROM
110 SHERMAN STREET
HARTFORD, CT 06105

on 13TH of November 2003

Respectfully Submitted,

[signature]
U.C.C. 1-207 "without prejudice"
Troy Halloway # 233838
Corrigan C.I.
986 Norwich-New London Tpke.,
Uncasville, CT 06382