UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TROY HALLOWAY

CASE NO. 3:02cv1774(JBA)

JOHN ARMSTRONG, ET AL.

**ORDER**

On September 9, 2004, the court granted plaintiff's motion for Motion for Abatement of Funds. The Clerk is directed to request that the Department of Correction stop withholding funds from the plaintiff's inmate account to be used to pay the filing fee in this case and to return to the plaintiff those funds that have already been set aside.

SO ORDERED this 24th day of September, 2004, at New Haven, Connecticut.

Joan G. Margolis
United States Magistrate Judge